# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **CONNECTOR CASTINGS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Case number 4:15cv01148 PLC |
| ) | |
| **ARSHON SILICON TECHNOLOGIES,** ) | |
| **INC. d/b/a/ ARSHON TECHNOLOGY,** ) | |
| **INC., d/b/a ARSHON TECHNOLOGY,** ) | |
| **d/b/a ASTINCO and SEYED-MAZIER** ) | |
| **HOSSEINI a/k/a MAZI HOSSEINI,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

This matter is before the Court on all parties' joint stipulation for dismissal [ECF No. 72]. The parties stipulate to the dismissal of the case with prejudice, with all parties to bear their own costs and attorneys' fees.

After careful consideration,

**IT IS HEREBY ORDERED** that the parties' joint stipulation for dismissal [ECF No. 72] is **GRANTED**.

**IT IS FINALLY ORDERED** that all claims and causes of action are **DISMISSED with prejudice**, with all parties to bear their own costs and attorneys' fees.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of May, 2017.